UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    IN THE MATTER OF REASSIGNMENTS

              TO  THE                         NOTICE OF REASSIGNMENTS

    HONORABLE LORETTA A. PRESKA (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The following cases are to be reassigned to the calendar of the Honorable LORETTA A. PRESKA (LAP)

        08 CV 10093
        10 CV   3289
        10 CV   5098
        10 CV   6298
        10 CV   8952
        11 CV   3162
        RELATED 11CV 3163
        11 CV   5050

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of ReAssignment on all defendants.

Dated: 04/03/2012

                                    Ruby J. Krajick, CLERK

                                    PHYLLIS ADAMIK
                        By: _____
                                  Deputy Clerk

cc: Attorneys of Record