UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

DENISE SUARES,                                   :
                                                 :    CIVIL ACTION NO.
                       Plaintiff,                :    11-CV-05050 (LAP) (KNF)
                                                 :
            v.                                   :
                                                 :
VERIZON and                                      :
DANIEL FLEMING,                                  :
                                                 :
                       Defendants.               :
------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that JOANNA R. VARON hereby enters her appearance

as counsel on behalf of defendants Verizon and Daniel Fleming in the above-captioned action.

Dated: New York, New York
       May 25, 2012

                                   DUANE MORRIS LLP
                                   By:_____/s/_____
                                        Joanna R. Varon
                                        jrvaron@duanemorris.com
                                        1540 Broadway
                                        New York, NY 10036-4086
                                        Tel.: (212) 692-1000
                                        Fax.: (212) 692-1020

DM3\2192172.1