UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
DENISE SUARES,                                   :
                                                 :    CIVIL ACTION NO.
            Plaintiff,                        :    11-CV-05050 (LAP) (KNF)
                                                 :
    v.                                         :
                                                 :
VERIZON and                                      :
DANIEL FLEMING,                                  :
                                                 :
            Defendants.                       :
------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Keith Daniel Greenberg, Esq. of the firm Duane Morris LLP, hereby withdraws as counsel for Verizon and Daniel Fleming in the above captioned matter. Effective immediately, please remove Keith Daniel Greenberg, Esq. from the service list of this action. All other counsel of record for the Defendants remain the same.

Dated: May 25, 2012
       New York, New York

/s/ Keith Daniel Greenberg
Keith Daniel Greenberg
Duane Morris LLP
1540 Broadway
New York, NY 10036
Telephone (212) 692-1000
Fax: (212) 214-0352
kdgreenberg@duanemorris.com

DM3\2192173.1