UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE SUARES, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 11-CV-05050 (LAP) (KNF) |
| | : |
| VERIZON AND DANIEL FLEMING, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF APPLICATION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that Keith Daniel Greenberg, Esq., by declaration attached

hereto, hereby makes his application to be relieved as counsel for defendants Verizon, Inc., and

Daniel Fleming in the above captioned matter and to have his appearance in this action terminated.

All other counsel of record for the defendants remain the same.

Dated: June 6, 2012
    Hoboken, New Jersey

/s/ Keith Daniel Greenberg
Keith Daniel Greenberg
224 Bloomfield Street, Apt. 7
Hoboken, New Jersey 07030
Telephone (516) 729-5488
keith.d.greenberg@gmail.com

**Error! Unknown document property name.**