Presska, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE SUARES,

        Plaintiff,

    v.

VERIZON AND DANIEL FLEMING,

        Defendants.

CIVIL ACTION NO.
11-CV-05050 (LAP) (KNF)

---

## ORDER

Upon application to this Court, Keith Daniel Greenberg, Esq. is relieved as counsel for defendants Verizon, Inc., and Daniel Fleming, and his appearance as an attorney in this action is terminated.

6/14/12

SO ORDERED:

_Loretta A. Preska_
United States District/Magistrate Judge