USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DENISE SUARES,

                    Plaintiff,                          11 **CIVIL** 5050 (LAP)

        -against-                                       **JUDGMENT**

VERIZON COMMUNICATIONS INC. and
DANIEL FLEMING,
                    Defendants.

-------------------------------------------------------------X

Plaintiff having removed to remand the case to state court; Defendants having moved to

dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6) and (7), and the matter having come before

the Honorable Loretta A. Preska, United States District Judge, and the Court, on September 29,

2012, having rendered its Memorandum and Order denying Plaintiff's motion to remand, and

granting Defendants' motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated September 29, 2012, Plaintiff's motion to remand is denied,

and Defendants' motion to dismiss is granted; accordingly, the action is closed and all pending

motions denied as moot.

**Dated:**  New York, New York
         September 30, 2012

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                        **BY:**
                                        _____
                                        **Deputy Clerk**


                                THIS DOCUMENT WAS ENTERED
                                ON THE DOCKET ON _____